**FILED**

Reset Form

2021 JUL 20 AM 10: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ___JB___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**21MJ03396**

| | |
|---|---|
| United States of America  PLAINTIFF(S) v. | CASE NUMBER  21-MJ-832 EDNY |
| Roman Nikoghosyan  DEFENDANT(S) | DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **Complaint**
in the **Eastern** District of **New York** on **7/19/2021**
at ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about
in violation of Title **18** U.S.C., Section(s) **1951(a)**
to wit: **Hobbs Act Extortion Conspiracy**

A warrant for defendant's arrest was issued by: **Peggy Kuo, USMJ**

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **7/20/2021**
           Date

_____      **Bruce Turpin**
Signature of Agent          Print Name of Agent

**FBI**                     **Special Agent**
Agency                       Title