Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

**FILED**
2021 JUL 20 AM 10: 43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___JB___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF
v.
Roman Nikoghosyan
USMS# _____
DEFENDANT

CASE NUMBER: 21-MJ-832 EDNY

**REPORT COMMENCING CRIMINAL ACTION**

21MJ03396

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 7/20/2021 at 6:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   Title 18 USC 1951(a)

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes   Language: Armenian

7. Year of Birth: 1989

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Bruce Turpin (please print)

12. Office Phone Number: 212-384-1000 / 646-458-2123   13. Agency: FBI

14. Signature: [signature]   15. Date: 7/20/2021

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION