**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, Plaintiff,

vs.

Roman Nikoghosyan

Defendant.

Western Division

Case Number: 2:21-MJ-03396
Initial App. Date: 07/20/2021
Initial App. Time: 1:00 PM

Out of District Affidavit
Custody

Date Filed: 07/20/2021
Violation: 18:1951

CourtSmart/ Reporter: CourtSmart

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Patricia Donahue**

**CALENDAR/PROCEEDINGS SHEET**
**LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Martinez, Isabel — Deputy Clerk; Michael Morse — Assistant U.S. Attorney; Sona Roesler — Interpreter/Language (Armenian)

☑ INITIAL APPEARANCE NOT HELD - CONTINUED

☐ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☐ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.

☐ Defendant states true name ☐ is as charged ☐ is ___

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☐ Defendant advised of consequences of false statement in financial affidavit.  ☐ Financial Affidavit ordered **SEALED**.

☑ Attorney: Michael Driscoll, DFPD  ☐ Appointed  ☐ Prev. Appointed  ☐ Poss. Contribution (see separate order)

☐ Special appearance by: ___

[J.M.] ☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $ ___ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.

☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge ___. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge ___ for the setting of further proceedings.
☐ Preliminary Hearing set for ___ at 4:30 PM
☐ PIA set for: ___ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana

☐ Government's motion to dismiss case/defendant ___ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to ___ District of ___
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before ___
  ☐ Warrant of removal and final commitment to issue. Date issued: ___ By CRD: ___
  ☐ Warrant of removal and final commitment are ordered stayed until ___

☑ Case continued to (Date) 7-22-21 (Time) 1:00 AM/PM
Type of Hearing: Arraignment Before Judge ___ /Duty Magistrate Judge.
Proceedings will be held in the ☑ Duty Courtroom 880 ☐ Judge's Courtroom ___

☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: ___
☑ Other: Defendant wants to retain an attorney.

☑ PSA ☐ USPO ☐ FINANCIAL   ☐ CR-10 ☐ CR-29   ☐ READY
Deputy Clerk Initials: IS